## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Jerson D. Rossell,**
605 A Mayfair Street
Philadelphia, PA 19120

     *Plaintiff,*

     v.

**U.S. Citizenship and Immigration Services,**
     U.S. Citizenship & Immigration Services
     5900 Capital Gateway Dr.
     Camp Springs, MD 20588

**Joseph B. Edlow**, Director, U.S. Citizenship and Immigration Services
     U.S. Citizenship & Immigration Services
     5900 Capital Gateway Dr.
     Camp Springs, MD 20588

     *Defendants.*

Civil Action No.:

## VERIFIED COMPLAINT IN MANDAMUS AND DECLARATORY JUDGEMENT

To the Honorable Judge of Said Court:

### INTRODUCTION:

This action is brought by the Plaintiff to compel the United States Citizenship and Immigration Services ("USCIS") and other Defendants to make a Bona Fide Determination on his pending U-Nonimmigrant Visa application and underlying I-765, application.

Plaintiff, Jerson D Rossell, filed an I-918, Petition for U-Nonimmigrant Status ("I-918 petition" or "U-Visa application") on July 21, 2023.

1

Defendants have not considered Plaintiff's I-918 petition for a bona fide determination, pursuant to USCIS' June 14, 2021, Bona Fide Determination Process ("BFD process" or "BFD") policy, which was implemented on that same date.

## PARTIES:

1. Plaintiff Jerson D Rossell, whose permanent residence is 605 A Mayfair St, Philadelphia, PA 19120, is a citizen and national of HONDURAS  Plaintiff is the beneficiary and principal applicant of an I-918 Petition for U-Nonimmigrant Status as well as an I-765 Application.

2. Defendant USCIS is a component of the U.S. Department of Homeland Security (DHS), 6 U.S.C. § 271, and an agency within the meaning of the Administrative Procedure Act (APA), 5 U.S.C. § 551(1). USCIS is responsible for adjudicating all applications and petitions for immigration benefits, including Form I-918/918A petitions, and the underlying bona fide determinations.

3. Defendant Joseph B. Edlow is the Director of U.S. Citizenship and Immigration Services, and this action is brought against Defendant Edlow in his official capacity. Defendant Edlow is generally charged with administration of services under the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of the Bureau of U.S. Citizenship and Immigration Services. *See* 8 U.S.C. Sect. 1103(a)(4).

## JURISDICITION:

4. This is a civil action brought pursuant to 28 U.S.C. § 1331 to redress the deprivation of rights, privileges, and immunities secured by Plaintiff, by which jurisdiction is conferred to compel the Defendants and those working under them to perform the duties they owe to Plaintiff.  The federal courts' subject-matter jurisdiction in Administrative Procedure Act cases is bestowed by 28 U.S.C. § 1331, the federal-question jurisdiction statute. *Califano v. Sanders*, 430 U.S. 99, 106 (1977)

5. Jurisdiction is also conferred by 5 U.S.C. § 704 because Plaintiff is aggrieved by adverse executive agency action, as the Administrative Procedure Act requires in order to confer jurisdiction on the District Courts. *See* 5 U.S.C. §§ 702, *et seq.* 5 U.S.C. § 706(1), provides that the federal courts "shall ... compel agency action unlawfully withheld or unreasonably delayed."

## VENUE:

6. Venue is proper in the United States District Court for the Eastern District of Pennsylvania in that this is an action against officers and agencies of the United States in their official capacities and brought in a district where the Plaintiff resides, and no real property is involved in the action. *See* 28 U.S.C § 1391(e)(1).

## REMEDY SOUGHT:

7. Plaintiff seeks to have the Court compel the Defendants and their subordinates to make a *bona fide* determination on his pending petition and, if favorable, adjudicate his related I-765 Application.

8. If Plaintiff is not eligible for a *bona fide* determination, then Plaintiff seeks to have the Court compel Defendants and their subordinates to make a waitlist determination on his pending petition and, if favorable, adjudicate his related I-765 Application.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES:

9. There is no administrative remedy prescribed for the Defendants' neglect of their duties toward Plaintiff.

## FACTUAL, STATUTORY, AND REGULATORY BACKGROUND:

10. That Plaintiff re-alleges and incorporates by reference paragraphs one through 9, above.

11. That Plaintiff was the victim of a qualifying crime or qualifying criminal activity pursuant to 8 C.F.R. 214.14(a)(9). Plaintiff thereafter reported the crime and cooperated in the investigation of the crime.

12. As a result of being the victim of this crime, Plaintiff suffered from significant mental trauma/abuse.

13. On December 14, 2023, Plaintiff filed a the aforementioned I-918 petition, together with a signed certification from the relevant investigative authority, which certified that Plaintiff was victim of certain qualifying criminal activity and were, are, or are likely to be helpful in the investigation or prosecution of that activity (I-918, Supplement B). *See* Exhibit A, containing I-918 Receipt Notice.

14. Plaintiff's I-918 petition remain pending.

15. The Plaintiff is suffering financial and emotional hardship due to USCIS's unreasonable delay in processing and adjudicating his application. Plaintiff suffers from lost economic opportunities due to the extended delay by the agency.

16. While his I-918 is pending, but before he has been considered for a bona fide determination (as explained further below), Plaintiff is not entitled to a driver's licenses or identity cards, healthcare, or lawful employment. Further, due to the lack of status, social security numbers, and employment authorization, Plaintiff is not

3

protected from detention and removal from the United States simply by dint of having a pending I-918 petition.

### The U-Visa Program & the "Waitlist"

17. Congress authorized the U-visa program in 2000 as part of a broad effort to extend the protection of the law to noncitizens who were victimized by crimes committed after their arrival in the United States. See Pub. L. No. 106-386, § 1513(a)(2)(B), 114 Stat. 1464 (codified at 8 U.S.C. § 1101(a)(15)(U)).

18. The purpose of the U-visa provisions is to "strengthen the ability of law enforcement agencies to detect, investigate, and prosecute cases of domestic violence, sexual assault, trafficking of aliens, and other crimes ..., while offering protection to victims of such offenses in keeping with the humanitarian interests of the United States." Pub. L. 106-386 at § 1513(a)(2)(A). A person admitted to the program receives protection from removal for four years. The program includes work authorization and a potential route to permanent residency.

19. The U-visa legislation limits the maximum number of persons accepted to 10,000 per year. 8 U.S.C. § 11084(p)(2). In years since 2010, applications have greatly exceeded this cap and a backlog of thousands of applications has developed. USCIS maintains statistics concerning wait times and posts these on its website. USCIS published processing times for I-918 petitions is currently 19.5 months (less than two years).

20. Neither Congress nor USCIS has been blind to the potential consequences of the long wait for U-visa status. In passing the Violence Against Women and Department of Justice Reauthorization Act of 2005, Pub. L. 109-162, 119 Stat. 2960 (2006), Congress directed the Secretary of Homeland Security to promulgate regulations to implement the statutory U-Visa provisions.

21. The regulation relevant to the application of the U-visa process appears at 8 C.F.R. § 214.14(d). It provides:

> Waiting list. *All eligible petitioners who, due solely to the cap, are not granted U-1 nonimmigrant status must be placed on a waiting list and receive written notice of such placement.* Priority on the waiting list will be determined by the date the petition was filed with the oldest petitions receiving the highest priority... USCIS will grant deferred action or parole to U-1 petitioners and qualifying family members while the U-1 petitioners are on the waiting list... (emphasis added).

22. Instead of placing all U-visa applicants on a protected waiting list, the agency has created in effect a waiting list to be placed on the waiting list. USCIS has a large backlog of pending U visa petitions for which it has not made the determination of whether to place the petitioner on the waiting list. Placement on the "waiting list for

the waiting list" affords neither protection against removal nor an opportunity to request work authorization from USCIS.

23. USCIS's placement of principal petitioners who are eligible for U-visas on the waitlist is mandatory per DHS regulations, not pursuant to a statute.

### *The Bona Fide Determination Process*

24. In 2008, Congress recognized that Defendants' U-visa program was broken because of adjudication delays. I therefore enacted interim work authorization and deferred action for U status applicants with *bona fide* applications to survive in the United States while they assisted law enforcement. **Congress expected those interim benefits to be issued in 60 days.**

25. Without the ability to support themselves and their families while their applications are pending, crime survivors are often trapped under the control of their abusers. As the 2008 bill's sponsors explained, U-visa applicants "should not have to wait for up to a year before they can support themselves and their families" and added that **USCIS should strive to issue work authorization within 60 days of filing**. 154 Cong. Rec. H10,888, 10,905 (Dec.10, 2008) (statement of Reps. Berman and Conyers), 2008 WL 5169865. Accordingly, the 2008 amendments specifically authorized the Secretary of Homeland Security to "grant work authorization to any alien who has a pending, bona fide application for [U] status." 8 U.S.C. § 1184(p)(6) (emphasis added).

26. On June 14, 2021, USCIS updated its Policy Manual, to implement a new "Bona Fide Determination Process" ("BFD process"). The BFD process is now found in Volume 3, Part C, Chapter 5 of the Policy Manual. *See* USCIS, POLICY MANUAL, Vol. 3, Part C, Ch. 5, https://www.uscis.gov/policy-manual/volume-3-part-c-chapter-5 (last visited April 24, 2023). USCIS immediately implemented the BFD process, which applies to all I-918 petitions and derivative petitions that are pending or filed on or after June 14, 2021. *Id.*

27. The BFD process outlines the following procedure. When USCIS receives an I-918 form, USCIS "first determines whether [the] pending petition is bona fide." *Id.* The manual defines "bona fide" as "made in good faith; without fraud or deceit" and explains what a bona fide determination entails. *Id.*

28. USCIS determines whether a principal petition is bona fide if it finds that:

- The principal petitioner properly filed Form I-918;
- The principal petitioner included a properly completed law enforcement certification (Form I-918B U Nonimmigrant Status Certification);
- The principal petitioner included a personal statement describing the facts of the victimization; and

- USCIS has received the results of the principal petitioner's background and security checks based on biometrics. *Id.*

29. USCIS determines a qualifying family member's petition is bona fide when:

- The principal petitioner receives a bona fide determination EAD;
- The petitioner has properly filed a complete Petition for Qualifying Family Member of U-1 Recipient (Form I-918, Supplement A);
- The petition includes credible evidence of the qualifying family relationship; and
- USCIS has received the results of the qualifying family member's background and security checks based upon biometrics. *Id.*

30. Applicants who fail to meet bona fide determination criteria are placed in line for the waitlist adjudication. *Id.*

31. Like the U-Visa waitlist, USCIS's determination of whether or not an application is bona fide is mandatory per DHS regulations, not pursuant to a statute.

## **Collateral Deferred Action & Employment Authorization**

32. If USCIS places the petitioner and/or the petitioner's family members on the waitlist *or* determines that the petition is bona fide, the petitioners are then considered for deferred action and employment authorization.

33. If USCIS decides that the U-visa application is bona fide, the agency puts the principal petitioner on the BFD Employment Authorization Document (EAD) track. *Id.* "If USCIS determines [that] a principal petitioner and any other qualifying family members have a bona fide petition and warrant a favorable exercise of discretion, USCIS issues them BFD EADs and grants deferred action." *Id.* § C. Only if the principal petitioner receives a BFD EAD does USCIS adjudicate whether the qualifying family members' I-918 supplement is bona fide and whether the family members are entitled to BFD EADs. *Id.* § A.2.

34. BFD process requires USCIS to decide whether a U-visa application is "bona fide" before the agency can exercise its discretion and decide whether principal petitioners and their qualifying family members may receive BFD Employment Authorization Documents.

35. If principal petitioner or derivative family members have an EAD application filed under 8 C.F.R. 27a.12(c)(14) [based on a grant of Deferred Action] in connection with their I-918 or I-918A petitions pending at the time of the BFD, then USCIS will issue an EAD without further action on the applicants' behalf. *Id.* The same is true for being placed on the waitlist. If the petitioner or derivative family members do not have such an EAD application pending, they may submit that application in anticipation of a BFD. *Id.*

6

## CAUSE OF ACTION

### (APA – Unreasonable Delay in Making *Bona Fide* Determination)

36. That Plaintiff re-alleges and incorporates by reference paragraphs one through 36, above.

37. Defendants have a non-discretionary duty to make a bona determination on Plaintiff's pending I-918 petition within 60 days. USCIS is required to give notice of an approval or denial for all properly filed benefits requests.

38. "With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b) (emphasis added). "[B]y using the term 'shall' in requiring that the courts compel action unlawfully withheld or unreasonably delayed, Congress imposed a mandatory duty in that regard." *Saini v. U.S. Citizenship & Immigr. Servs.*, 553 F. Supp. 2d 1170, 1176 (E.D. Cal. 2008).

39. DHS regulations and BFD policy make clear that the *bona fide* determination is non-discretionary. *See also Barrios Garcia v. U.S. Dep't of Homeland Sec.*, 25 F.4th 430, 443 (6th Cir. 2022).

40. Importantly, the regulation provided that "[a]ll eligible petitioners who, due solely to the cap, are not granted U-1 non-immigrant status must be placed on a waiting list and receive written notice of such placement." 8 C.F.R. § 214.14(d)(2). Id. (emphasis added). Thus, the regulations envisioned that all filed petitions would be reviewed on the merits, and then either be denied or placed on the waiting list. In addition, USCIS provided by regulation that it could "authorize employment for such petitioners and family members." *Id.* Once the applicant moved from the waiting list and received U status, he or she would automatically receive work authorization. Defs.' Mot. at 6. Against this backdrop, Congress amended the U-program provisions with the Trafficking Victims Protection Reauthorization Act of 2008 ("TVPRA"), Pub. L. 110-457, 122 Stat. 5044 (codified in part at 8 U.S.C. § 1184(p)(6)). At that time—and fully aware that USCIS had created a waiting list for "approvable" petitions, and would issue work authorizations to those on the waiting list—Congress enacted a new provision recognizing the need for swifter work authorization for all victims and survivors.

41. U-visa **applicants "should not have to wait for up to a year before they can support themselves and their families" and added that USCIS should strive to issue work authorization within 60 days of filing**. 154 Cong. Rec. H10,888, 10,905 (Dec.10, 2008) (statement of Reps. Berman and Conyers), 2008 WL

7

5169865. Accordingly, the 2008 amendments specifically authorized the Secretary of Homeland Security to "grant work authorization to any alien who has a *pending, bona fide application for [U] status.*" 8 U.S.C. § 1184(p)(6) (emphasis added).

42. Defendants may allege that the agency adjudicates U-Visas first in, first out, but such assertions should not be taken at face value. USCIS has no consistent processing rule. That based on information and belief, while USCIS may purport to have a first-in, first-out processing of U-Visas, including in making a waitlist and/or bona fide determinations, undersigned counsel's office has experienced - as have other immigration law practitioners - that the filing date of a U-Visa is not determinative of when the application may be adjudicated at any adjudication stage and that actual processing times of U-Visa applications - in practice - varies widely.

43. However the agency decides these matters, it is not an adjudicatory rule that can be considered reasonable given the dramatic recent increase in processing times.

44. Defendants and the Department of Homeland Security have acknowledged the unreasonable delay in adjudicating U-Visas, and the mismanaged processing of same. For Example, in a January 6, 2022, the Office of the Inspector General issued a report on Defendants' management of the U-Visa program, and found:

> "USCIS did not establish quantifiable and measurable performance goals to ensure the U visa program achieves its intended purpose. Additionally, USCIS did not ensure its data systems accurately captured the number of U visas granted. Without better tracking and accurate data, USCIS cannot properly monitor the program. Finally, USCIS did not effectively manage the growing backlog of petitions." *See,* Office of Inspector General, "USCIS' U Visa Program Is Not Managed Effectively and Is Susceptible to Fraud", 2022, OIG-22-10.

45. The report notes, "[t]he issues identified occurred because USCIS has not taken steps to address and implement recommendations from previous internal and external U visa program reviews." *Id.*

46. Plaintiff's I-918 petition has been pending since July 21, 2023. *See* Exhibit A.

47. To date, USCIS has not made a BFD on Plaintiff's I-918 petition.

48. The protection of victims of violent and serious crimes who have the bravery to come forward without lawful status in the interest of peace and justice, which Defendants recognize as a priority, is a compelling reason for requiring USCIS to perform BFDs within the 60 days that Congress identified as critical to such survivors. Defendants' failure to adjudicate I-918 and I-918A petitions within the specific 60 day timeframe set out by Congress constitutes an unreasonable delay.

8

49. That Defendants have no legal basis for failing make a BFD determination in Plaintiff's matter, and Plaintiff is harmed and aggrieved by Defendants undue delay.

50. That Plaintiff has pleaded herein sufficient facts to show that his interests are weighty, implicate health and welfare, and that he is harmed by the delay in the BFD process.

51. That Plaintiff has not sought administrative remedies in this matter, as there are no administrative remedies provided for Defendants' neglect of their duties towards him.

## PRAYER:

WHEREFORE, Plaintiff requests that this Court grant the following relief:

52. Take jurisdiction over this matter;

53. Declare that the Defendants have violated the Administrative Procedure Act by unreasonably delaying the BFD and or waitlist adjudications of Plaintiff's I-918 petition;

54. Compel the Defendants to perform their respective duties to make a bona fide determination or consider Plaintiff for the waitlist in regard to his pending I-918 petition within 30 days;

55. Grant such other relief as may be proper under the circumstances, and grant attorneys' fees and costs of court pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2141(d), *et seq.*

56. The Plaintiff further prays that if the Defendants' decision is adverse to him, that the decision include justification and explanation for the action to preclude the sense of retaliation for having brought this lawsuit or for having exposed the Defendants' inefficiency to the senior officers of the District, regional, and central offices of USCIS and other interested parties within the Executive Branch.

Respectfully Submitted,

Date:    06/02/2026

Christine M Flowers, Esq
Bar No.: PA 51181
Joseph. M Rollo and Associates
2527 S. Broad St.
Philadelphia, PA 19148
(215) 271-5550
team@rollolawoffice.com
Attorney for Plaintiffs

9

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Jerson D. Rossell,**
605 A Mayfair Street
Philadelphia, PA 19120

       *Plaintiff,*

     v.

**U.S. Citizenship and Immigration Services,**
      U.S. Citizenship & Immigration Services
      5900 Capital Gateway Dr.
      Camp Springs, MD 20588

**Joseph B. Edlow**, Director, U.S. Citizenship and Immigration Services
      U.S. Citizenship & Immigration Services
      5900 Capital Gateway Dr.
      Camp Springs, MD 20588

       *Defendants.*

Civil Action No.:

## EXHIBIT LIST

| Exhibit | Page |
|---|---|
| **A.** I-918 Receipt & Biometric Notice. | 11-13 |
| **B.** I-765 Receipt Notice. | 15 |

10

# EXHIBIT "A"



Department of Homeland Security
U.S. Citizenship and Immigration Service

I-797C, Notice of Action

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| Receipt Number<br>EAC2330050874 | | Case Type<br>I918 - PETITION FOR U NONIMMIGRANT STATUS |
| --- | --- | --- |
| Received Date<br>07/21/2023 | Priority Date | Applicant<br>ROSELL, JERSON |
| Notice Date<br>08/23/2023 | Page<br>1 of 2 | Beneficiary<br>ROSELL, JERSON |

JERSON ROSELL
c/o JOSEPH M ROLLO & ASSOCIATES
2527 SOUTH BROAD ST
PHILADELPHIA  PA  19148

**Notice Type:** Receipt Notice
Fee Waived

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**Contacting the Agency**

If your safe mailing address changes and you do not have an attorney of record or representative on your case you must submit your address change in writing, with your signature, to the center with jurisdiction over your filing. Otherwise, you might not receive notice of your action on this case. If any other changes need to be made you also must contact the center with jurisdiction over your filing in writing. Please include what changes need to be made and your signature.

If any of the information in your notice is incorrect or you have questions about your case, you can reach USCIS at www.uscis.gov/contact, utilizing the available case inquiry options for "Inquiries for VAWA, T, and U Filings."

Vermont Service Center
U.S. Citizenship & Immigration Services
38 River Road
Essex Junction, VT  05479-0001

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- During most of the time while your case is pending, the processing status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, visit our website at www.uscis.gov for options for submitting an inquiry.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter





Department of Homeland Security
U.S. Citizenship and Immigration Service

F n I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number EAC2330050874 | | Case Type I918 - PETITION FOR U NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 07/21/2023 | Priority Date | Applicant ROSELL, JERSON |
| Notice Date 08/23/2023 | Page 2 of 2 | Beneficiary ROSELL, JERSON |

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice - APPLICANT COPY** | **CASE TYPE** I918  - PETITION FOR U NONIMMIGRANT STATUS | | **NOTICE DATE** 12/23/2023 |
|---|---|---|---|
| **APPLICATION/PETITION/REQUEST NUMBER** EAC2330050874 | | **USCIS A#** A098 680 480 | **CODE** 3 |
| **ACCOUNT NUMBER** | **TCR** | **SERVICE CENTER** FCE | **PAGE** 1 of 2 |



JERSON ROSELL
c/o JOSEPH M ROLLO & ASSOCIATES
2527 SOUTH BROAD ST
PHILADELPHIA PA 19148

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF YOU FAIL TO APPEAR AS SCHEDULED, USCIS WILL CONSIDER YOUR BENEFIT REQUEST ABANDONED AND IT MAY BE DENIED.**

| **APPLICATION SUPPORT CENTER** | **DATE AND TIME OF APPOINTMENT** |
|---|---|
| USCIS PHILADELPHIA 10300 Drummond Road Suite 100 Philadelphia PA  19154 | 01/10/2024 09:00AM |

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/filing-guidance/preparing-for-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act.

You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit: https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/identity-history-summary-checks

For Privacy Act information, please visit https://www.fbi.gov/how-we-can-help-you/more-fbi-services-and-information/compact-council/privacy-act-statement

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment. **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause. USCIS may not reschedule your ASC appointment. To request a reschedule, please visit https://my.uscis.gov/accounts/biometrics/overview. You may also call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

**APPLICATION NUMBER**
I918 - EAC2330050874



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### Important Information for Your Biometric Services Appointment

You have been scheduled for a biometric services appointment at an Application Support Center (ASC). Please note the following:

- Application Support Centers (ASC) offer biometrics collection services by appointment.
- You must have a scheduled appointment before arriving at an ASC.
- Your notice will provide specific instructions on what you should bring to your ASC appointment. You must also bring:
  - your printed ASC appointment notice (Form I-797C).
  - valid photo identification (such as your Green Card, passport, or driver's license)
  - the completed Applicant Information Worksheet (AIW) below
- If you received multiple biometrics appointment notices, please bring all notices to your appointment:
  - Interpreters, attorneys or those providing needed assistance if you are disabled are permitted to accompany you.
  - Family groups may appear together, even if they are scheduled for a different day.
  - Military members may appear without an appointment.
  - If you arrive more than 15 minutes before your appointment, you may be asked to wait until your appointment time to be processed.
- On the day of your appointment, please check for office closures or delays here: www.uscis.gov/about-us/uscis-office-closings
- For more information for visiting USCIS facilities, please visit: www.uscis.gov/about-us/uscis-visitor-policy
- ASCs do not provide information services or case services relating to the status of applications. To track the status of an immigration application, petition, or request, visit: https://egov.uscis.gov/casestatus/landing.do

### APPLICANT'S INFORMATION WORKSHEET (AIW)

**NAME:** _____

FIRST             MIDDLE             LAST

**LIST ANY OTHER NAMES USED (MAIDEN NAME, PREVIOUS MARRIAGE, ALIAS, ETC.):**

1) _____

FIRST             MIDDLE             LAST

2) _____

FIRST             MIDDLE             LAST

**DATE OF BIRTH:** _____

MONTH      DAY      YEAR

**COUNTRY OF BIRTH:** _____  **COUNTRY OF CITIZENSHIP:** _____

**GENDER:** (CHECK ONE)
- ☐ MALE
- ☐ FEMALE
- ☐ OTHER

**RACE:** (CHECK ONE)
- ☐ ASIAN
- ☐ BLACK
- ☐ CAUCASIAN/LATINO
- ☐ NATIVE AMERICAN
- ☐ UNKNOWN

**EYE COLOR:** (CHECK ONE)
- ☐ BLACK
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ HAZEL
- ☐ MAROON
- ☐ MULTICOLOR
- ☐ PINK
- ☐ UNKNOWN

**HAIR COLOR:** (CHECK ONE)
- ☐ BALD
- ☐ BLACK
- ☐ BLOND OR STRAWBERRY
- ☐ BLUE
- ☐ BROWN
- ☐ GRAY
- ☐ GREEN
- ☐ ORANGE
- ☐ PINK
- ☐ PURPLE
- ☐ RED OR AUBURN
- ☐ SANDY
- ☐ WHITE
- ☐ UNKNOWN

**HEIGHT:** _____ **OR** _____  **WEIGHT:** _____ **OR** _____
FEET/INCHES     CENTIMETERS     POUNDS     KILOGRAMS

When you provide your digital signature, you will be attesting to the following:

*I declare under penalty of perjury that I have reviewed and understand the document(s) identified by the receipt number displayed on the screen above, and that all the information in these materials is complete, true, and correct. This includes any:*

- *application, petition, or request that I submitted;*
- *application, petition, or request that I provided on behalf of my derivative beneficiary;*
- *application, petition, or request that was submitted on my behalf; and*
- *supporting documents, applications, petitions, or requests filed with my application, petition, or request that I (or my attorney or accredited representative) filed with USCIS, or that was filed on my behalf.*

### RETURN "AIW" TO APPLICANT

AIW: REVISED 11 MAY 2023

# EXHIBIT "B"



Department of Homeland Security
U.S. Citizenship and Immigration Service                    I-797C, Notice of Action

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>EAC2330050900 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| Received Date<br>07/21/2023 | Priority Date | Applicant<br>ROSELL, JERSON |
| Notice Date<br>08/23/2023 | Page<br>1 of 2 | Beneficiary<br>ROSELL, JERSON |

JERSON ROSELL
c/o JOSEPH M ROLLO & ASSOCIATES
2527 SOUTH BROAD ST
PHILADELPHIA  PA   19148

**Notice Type:** Receipt Notice
Fee Waived
Class requested: C14

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

**Automatic Employment Authorization Document (EAD) Extension** - This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:

- You have timely filed to renew your current Form I-766 EAD; and
- Your EAD renewal is under a category that is eligible for an automatic extension (see www.uscis.gov/I-765 for a list of categories); and
- The category on your current EAD matches the "Class Requested" listed on this Notice of Action (Note: If you are a Temporary Protected Status beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.) and
- You do not receive your renewal EAD before your current EAD expires;
- Then this Notice of Action automatically extends the validity of your EAD for up to 540 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at https://www.uscis.gov/working-in-the-united-states/information-for-employers-and-employees/automatic-employment-authorization-document-ead-extension.
- Applicants for A17, A18 EAD renewal and C26 employment authorization and EAD renewal must show this receipt notice, an unexpired I-94 showing valid E, L, or H-4 spouse status, and an expired A17, A18 or C26 EAD that matches this receipt notice, to demonstrate employment authorization during the auto-extension period. The EAD auto-extension terminates the earlier of: the end date on the I-94, the adjudication of this application, or 540 days after the expiration date on the EAD.

**Processing time** - Processing times vary by form type.

- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C   10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services



**n I-797C, Notice of Action**

---

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number<br>EAC2330050900 | | Case Type<br>I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
|---|---|---|---|
| Received Date<br>07/21/2023 | Priority Date | Applicant<br>ROSELL, JERSON | |
| Notice Date<br>08/23/2023 | Page<br>2 of 2 | Beneficiary<br>ROSELL, JERSON | |

You can receive updates on your case.

- Visit the Case Status Online website at www.uscis.gov/casestatus. Provide your receipt number and get the latest update on your case.
- Create an account at my.uscis.gov/account and receive email updates on your case.

**Biometrics** - We require biometrics (fingerprints, a photo, and a signature) for some types of cases. If we need biometrics from you, we will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must wait for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are:

- A passport or national photo ID issued by your country,
- A driver's license,
- A military photo ID, or
- A state-issued photo ID card.

If you receive more than one ASC appointment notice (even for different cases), take them both to the first appointment date.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Vermont Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter



16

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21